SEYFARTH SHAW LLP
Laura Wilson Shelby (SBN 151870)
lshelby@seyfarth.com
Francesca L. Hunter (SBN 327571)
fhunter@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN MORAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-07907-MEMF-SKx<br><br>District Judge Maame Ewusi-Mensah Frimpong<br><br>**DEFENDANT'S STATEMENT OF NON-OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**<br><br>Date:            June 25, 2026<br>Time            10:00 AM<br>Location:       Courtroom 8B<br>                    350 West First Street<br>                    Los Angeles, CA 90012<br><br>[Los Angeles County Superior Court Case No. 25STCV21862]<br><br>Date Action Filed:   July 24, 2025<br>Removal Filed:       August 22, 2025 |

STATEMENT OF NON-OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF
326353058v.1

Defendant Costco Wholesale Corporation  ("Defendant") does not oppose Plaintiff Adan Moran's counsel's motion to be relieved as counsel, however, given that Plaintiff is currently unrepresented, Defendant requests that the Court order Plaintiff's counsel to provide Plaintiff's contact information to Defendant for service, meet and confer correspondence, and other communication in this matter.

DATED: June 4, 2026                                   Respectfully submitted,

SEYFARTH SHAW LLP

By: _____
Laura Wilson Shelby
Francesca L. Hunter
Attorneys for Defendant
COSTCO WHOLESALE
CORPORATION

STATEMENT OF NON-OPPOSITION TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF
326353058v.1