Edwin Pairavi, Esq.          (State Bar No. 257290)
Joshua M. Mohrsaz, Esq.      (State Bar No. 307759)
Bianca M. Dulgheru, Esq.     (State Bar No. 341387)
PAIRAVI LAW, P.C.
16133 Ventura Boulevard, Suite 410
Encino, California 91436
Telephone:   (310) 789-2063
Facsimile:   (310) 789-2064
Email:       edwin@pairavilaw.com
             joshua@pairavilaw.com
             bianca@pairavilaw.com
             staff@pairavilaw.com

Attorneys for Plaintiff,
**ADAN MORAN**

PAIRAVI LAW, P.C.
16133 Ventura Blvd., Suite 410
Encino, CA 91436

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN MORAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: 2:25-cv-07907-MEMF-SK<br><br>**NOTICE OF COURT ORDER FOR PLAINTIFF'S PERSONAL APPEARANCE AT HEARING ON JUNE 25, 2026**<br><br>Hearing Date:   June 25, 2026<br>Time:           10:00 a.m.<br>Courtroom:      8B, 8th Floor<br><br>Complaint Filed: July 24, 2025<br>Removal Date:    August 22, 2025<br><br>District Judge:  Hon. Maame Ewusi-Mensah Frimpong<br><br>Mag. Judge:      Hon. Steve Kim |

-1-
NOTICE OF COURT ORDER FOR PLAINTIFF'S PERSONAL APPEARANCE AT HEARING ON JUNE 25, 2026

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Court's Text Only Order dated June 18, 2026 (Dkt. No. [23]), a hearing on the **Motion to Withdraw as Attorney** filed by counsel for Plaintiff has been scheduled for **Thursday, June 25, 2026, at 10:00 AM** in Courtroom 8B of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, California 90012.

**PLEASE TAKE FURTHER NOTICE** that per the explicit order of the Honorable Maame Ewusi-Mensah Frimpong:

1. Plaintiff Adam Moran is **ORDERED to be personally present** at the hearing, either remotely via Zoom or in person.

2. By default, the hearing will proceed in person unless a request is made by the parties and granted by the Court. Any request to appear via Zoom must be e-filed no later than **Friday, June 19, 2026**, and must indicate that counsel has met and conferred pursuant to Local Rule 7-3.

3. The parties and their counsel are advised to be prepared to answer the following question: If the Motion for Withdrawal is granted, will there be any foreseeable delay in the case schedule?

4. Counsel for Plaintiff to provide notice of the hearing to Plaintiff.

DATED:  June 18, 2026

Respectfully Submitted,
PAIRAVI LAW, P.C.

_/s/ Edwin Pairavi_

BY:   Edwin Pairavi, Esq.,
Joshua M. Mohrsaz, Esq.,
Bianca M. Dulgheru, Esq.,
Attorneys for Plaintiff,
ADAN MORAN

PAIRAVI LAW, P.C.
16133 Ventura Blvd., Suite 410
Encino, CA 91436

NOTICE OF COURT ORDER FOR PLAINTIFF'S PERSONAL APPEARANCE AT
HEARING ON JUNE 25, 2026

PAIRAVI LAW, P.C.
16133 Ventura Blvd., suite 410,
Encino, California 91436

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the action herein. My business address is 16133 Ventura Blvd., suite 410, Encino, California 91436. I am readily familiar with the firm's practices for collecting and processing correspondence for service in the manners listed below.

On June 18, 2026, I caused a true and correct copy of the document(s) described as:

**NOTICE OF COURT ORDER FOR PLAINTIFF'S PERSONAL APPEARANCE AT HEARING ON JUNE 25, 2026**

to be served on the interested parties in this action as follows:

*SEE ATTACHED SERVICE LIST*

|  |  |  |
|---|---|---|
|  | VIA US MAIL: | Placed in a sealed package addressed to the person(s) listed in the attached service list and placed for collection and mailing. |
|  | VIA FAX: | Transmitted via fax to the phone number(s) listed in the attached service list. |
| XXX | VIA EMAIL: | Transmitted via electronic mail to the email address(es) listed in the attached service list. |
| XXX | VIA OVERNIGHT DELIVERY: | Placed in a sealed package addressed to the person(s) listed in the attached service list and placed for collection and mailing in an overnight delivery service pick up office designated for overnight delivery. |
|  | VIA PERSONAL SERVICE: | Served via personal deliver to the persons at the address(es) listed in the attached service list. |
|  | VIA CM/ECF SYSTEM: | Through the Court's electronic filing CM/ECF system. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 18, 2026 at Encino, California.

*Ana Paula F. Cram*

-1-

PROOF OF SERVICE

PAIRAVI LAW, P.C.
16133 Ventura Blvd., suite 410,
Encino, California 91436

## SERVICE LIST

| | |
|---|---|
| Adan Moran<br><br>13920 Roscoe Boulevard,<br>Panorama City, California 91402 | adan071691@gmail.com |
| Francesca L. Hunter<br>Laura Shelby<br>Laura Thixton<br>Denise Wasko<br>**SEYFARTH SHAW LLP**<br>2029 Century Park East, Suite 3500<br>Los Angeles, CA 90067 | fhunter@seyfarth.com<br>LShelby@seyfarth.com<br>LThixton@seyfarth.com<br>DWasko@seyfarth.com |

PROOF OF SERVICE