Edwin Pairavi, Esq.          (State Bar No. 257290)
Joshua M. Mohrsaz, Esq.      (State Bar No. 307759)
Bianca M. Dulgheru, Esq.     (State Bar No. 341387)
PAIRAVI LAW, P.C.
16133 Ventura Boulevard, Suite 410
Encino, California 91436
Telephone:  (310) 789-2063
Facsimile:  (310) 789-2064
Email:      edwin@pairavilaw.com
            joshua@pairavilaw.com
            bianca@pairavilaw.com
            staff@pairavilaw.com

Attorneys for Plaintiff,
**ADAN MORAN**

*PAIRAVI LAW, P.C.*
*16133 Ventura Boulevard, Suite 410*
*Encino, California 91436*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN MORAN, an individual, | **CASE NO:** 2:25-cv-07907-MEMF-SK |
| Plaintiff, | **JOINT REQUEST TO ALLOW REMOTE ZOOM APPEARANCE FOR HEARING ON MOTION TO WITHDRAW AS ATTORNEY; [PROPOSED] ORDER** |
| v. | |
| COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1 through 50, inclusive, | Hearing Date:  June 25, 2026<br>Time:         10:00 a.m.<br>Courtroom:    8B, 8th Floor<br><br>Complaint Filed: July 24, 2025<br>Removal Date:    August 22, 2025 |
| Defendants. | District Judge:  Hon. Maame Ewusi-Mensah Frimpong<br><br>Mag. Judge:     Hon. Steve Kim |

-1-

JOINT REQUEST TO ALLOW REMOTE ZOOM APPEARANCE FOR HEARING ON MOTION TO WITHDRAW AS ATTORNEY; [PROPOSED] ORDER

Plaintiff Adan Moran ("Plaintiff") and Defendant Costco Wholesale Corporation ("Defendant") (collectively, the "Parties") submit this Joint Request to allow the Parties to appear remotely via Zoom at the upcoming hearing on Motion to Withdraw as Attorney filed by counsel for Plaintiff, upon the foregoing circumstances:

1. A hearing on the Motion to Withdraw as Attorney filed by counsel for Plaintiff is currently scheduled for Thursday, June 25, 2026, at 10:00 a.m. in Courtroom 8B.

2. On June 18, 2026, the Court issued a Text Only Entry (Dkt. No. [23]), ordering that Plaintiff Adan Moran be personally present at the June 25, 2026 hearing, either remotely or in person. The Court further directed that all hearings shall proceed in person unless a request to appear via Zoom is made by the parties by the Friday before the hearing, and is granted by the Court.

3. Consistent with Local Rule 7-3, counsel for the Parties engaged in a meet and confer phone call on June 18, 2026.

4. Upon concluding the meet and confer call, the Parties hereby respectfully request that the Court allow the June 25, 2026 hearing to proceed remotely via the Court's Zoom platform rather than in person for the following reason:

   a. Plaintiff's lead trial counsel, Edwin Pairavi, will be engaged in a mediation for a separate matter on June 25, 2026 starting at 1:30 p.m. Granting the Parties' request for a remote appearance in this matter will secure Mr. Pairavi's presence at the 10:00 a.m. hearing in this matter as well as the 1:30 p.m. mediation.

5. The remote appearance will conserve party resources, while ensuring full compliance with the Court's directive to address potential case schedule delays.

///

PAIRAVI LAW, P.C.
16133 Ventura Boulevard, Suite 410
Encino, California 91436

JOINT REQUEST TO ALLOW REMOTE ZOOM APPEARANCE FOR HEARING ON MOTION TO WITHDRAW AS ATTORNEY; [PROPOSED] ORDER

6. The Parties do not seek this accommodation for any improper means or to cause unnecessary delay. The Parties agree that no one will be prejudiced by the requested remote appearance.

NOW THEREFORE, the Parties hereby request that the Court allow the Parties to appear remotely via Zoom at the hearing on the Motion to Withdraw as Attorney set for 10:00 a.m. on June 25, 2026.

DATED:  June 19, 2026

Respectfully Submitted,
PAIRAVI LAW, P.C.

/s/ Edwin Pairavi

Edwin Pairavi, Esq.
Joshua M. Mohrsaz, Esq.
Bianca M. Dulgheru, Esq.
Attorneys for Plaintiff,
ADAN MORAN

DATED:  June 19, 2026

SEYFARTH SHAW LLP

/s/ Francesca L. Hunter

Laura Wilson Shelby, Esq.
Francesca L. Hunter, Esq.
Attorneys for Defendant,
COSTCO WHOLESALE
CORPORATION

PAIRAVI LAW, P.C.
16133 Ventura Boulevard, Suite 410
Encino, California 91436

-3-

JOINT REQUEST TO ALLOW REMOTE ZOOM APPEARANCE FOR HEARING ON MOTION TO WITHDRAW AS ATTORNEY; [PROPOSED] ORDER

## ATTESTATION

In accordance with L.R. 5-4.3.4(a)(2)(i), the filer attests that all signatories listed and on whose behalf this filing is authorized concur in this filing's content and have authorized this filing.

DATED:  June 19, 2026

Respectfully Submitted,
PAIRAVI LAW, P.C.


*/s/ Edwin Pairavi*

Edwin Pairavi, Esq.
Joshua M. Mohrsaz, Esq.
Bianca M. Dulgheru, Esq.
Attorneys for Plaintiff,
ADAN MORAN

PAIRAVI LAW, P.C.
16133 Ventura Boulevard, Suite 410
Encino, California 91436

-4-

JOINT REQUEST TO ALLOW REMOTE ZOOM APPEARANCE FOR HEARING ON MOTION TO WITHDRAW AS ATTORNEY; [PROPOSED] ORDER

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the action herein. My business address is 16133 Ventura Blvd., suite 410, Encino, California 91436. I am readily familiar with the firm's practices for collecting and processing correspondence for service in the manners listed below.

On June 19, 2026, I caused a true and correct copy of the document(s) described as:

**JOINT REQUEST TO ALLOW REMOTE ZOOM APPEARANCE FOR HEARING ON MOTION TO WITHDRAW AS ATTORNEY; [PROPOSED] ORDER**

to be served on the interested parties in this action as follows:

*SEE ATTACHED SERVICE LIST*

| | | |
|---|---|---|
| | VIA US MAIL: | Placed in a sealed package addressed to the person(s) listed in the attached service list and placed for collection and mailing. |
| | VIA FAX: | Transmitted via fax to the phone number(s) listed in the attached service list. |
| XXX | VIA EMAIL: | Transmitted via electronic mail to the email address(es) listed in the attached service list. |
| XXX | VIA OVERNIGHT DELIVERY: | Placed in a sealed package addressed to the person(s) listed in the attached service list and placed for collection and mailing in an overnight delivery service pick up office designated for overnight delivery. |
| | VIA PERSONAL SERVICE: | Served via personal deliver to the persons at the address(es) listed in the attached service list. |
| | VIA CM/ECF SYSTEM: | Through the Court's electronic filing CM/ECF system. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 19, 2026 at Encino, California.



*Ana Paula F. Cram*

PAIRAVI LAW, P.C.
16133 Ventura Blvd., suite 410,
Encino, California 91436

## SERVICE LIST

| | |
|---|---|
| Francesca L. Hunter<br>Laura Shelby<br>Laura Thixton<br>Denise Wasko<br>**SEYFARTH SHAW LLP**<br>2029 Century Park East, Suite 3500<br>Los Angeles, CA 90067 | fhunter@seyfarth.com<br>LShelby@seyfarth.com<br>LThixton@seyfarth.com<br>DWasko@seyfarth.com |

PAIRAVI LAW, P.C.
16133 Ventura Blvd., suite 410,
Encino, California 91436

-2-