UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES—GENERAL

| Case No. | 2:25-cv-07907-MEMF-SKx | Date | June 25, 2026 |
|---|---|---|---|

| Title | Adan Moran v. Costco Wholesale Corporation et al | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    MAAME EWUSI-MENSAH FRIMPONG,
UNITED STATES DISTRICT JUDGE

| Damon Berry | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Edwin Pairavi | Francesca Latifeh Hunter |
| Bianca Mihaela Dulgheru | |

**Proceedings:  PLAINTIFF'S MOTION TO WITHDRAW [21] – ZOOM HEARING**

The case is called, and counsel states their appearances. Plaintiff Adan Moran was not personally present in person or via Zoom.

The Court and counsel confer.

For the reasons stated on the record, the Court is GRANTING Plaintiff's Motion to Withdraw [21]. Order to issue.

**IT IS SO ORDERED.**