UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-07907-MEMF-SK | Date | June 26, 2026 |
|---|---|---|---|
| Title | *Adan Moran v. Costco Wholesale Corporation et al* | | |

Present: The Honorable:    Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING PLAINTIFF COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY [DKT. NO. 21]**

The Court is in receipt of counsel for Plaintiff Adan Moran's Motion for Leave to Withdraw as Counsel for Plaintiff. Dkt. No. 21 ("Motion"), and Defendant's Notice of Non-Opposition. Dkt. No. 22.

**Factual Allegations**

Plaintiff Adan Moran is a former employee of Defendant Costco Wholesale Corporation ("Costco"). Dkt. No. 3, Ex. A ¶¶ 7–8 ("Compl."). On July 28, 2023, Moran suffered a workplace injury while on Costco's premises. *Id.* ¶ 10. He alleges that he suffered disparaging remarks and retaliatory actions upon his reporting of the injury. *Id.* ¶ 16.

**Procedural Background**

On July 24, 2025, Moran initiated this action in Los Angeles Superior Court. *See* Dkt. No. 1 ("NOR"). His Complaint states the following causes of actions against Costco and the Doe Defendants: (1) disability discrimination, (2) failure to provide reasonable accommodations, (3) failure to engage in good-faith interactive process; (4) retaliation; (5) retaliation for using sick leave; and (6) wrongful termination. *See generally* Compl. Costco removed the action to federal court on August 22, 2025. *See* NOR.

Counsel for Moran filed the Motion to Withdraw on May 14, 2026. *See* Motion. Defendant filed a Notice of Non-Opposition on June 4, 2026. *See* Dkt. No. 22.

This Court held a hearing on the Motion on June 25, 2026, and ordered counsel for Moran to serve Moran with notice of the hearing. Counsel for Moran did so via email and overnight mail. Dkt. No. 24. Moran did not attend the hearing.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-07907-MEMF-SK | Date | June 26, 2026 |
|---|---|---|---|
| Title | *Adan Moran v. Costco Wholesale Corporation et al* | | |

**Discussion**

Based on the representations at the Motion and the hearing, this Court finds good cause for the withdrawal. An attorney may withdraw when their client's own conduct "renders it unreasonably difficult for the lawyer to carry out the representation effectively." Cal. R. Prof. Conduct 1.16(b)(4).

Counsel for Moran has represented that a breakdown in communication has rendered counsel unable to effectively represent Moran. Motion at 1. Counsel has represented that they have attempted to communicate with Moran via phone, mail, and email, but have not been successful for several months. *See id.* Moreover, Moran was notified of the opportunity to address this Court regarding the Motion through the June 25 hearing, for which he received Court-ordered notice through several channels. *See* Dkt. No. 24. To that end, it is not clear whether Moran opposes the Motion, and if so, on what basis. But, based on the Motion and counsel's representations at the hearing, this Court is satisfied that counsel for Moran has repeatedly and unsuccessfully tried to communicate with their client, and that the lack of communication prevents Moran's reasonable representation. Moreover, given this case's early stage and the non-opposition filed by Costco, this Court finds no reason to think that any party will be unduly prejudiced by the withdrawal.

In sum, this Court is satisfied that good cause exists sufficient to support counsel's withdrawal.

**Conclusion**

For these reasons, the Motion is GRANTED. The Court ORDERS as follows:

1. Counsel for Moran is granted leave to withdraw, and must comply with all of the requirements of the California Rules of Professional Conduct with respect to this withdrawal.
2. Moran is directed to file a status report within sixty (60) days of this Order advising the Court whether he plans to proceed pro se or whether he plan to proceed with new counsel. Failure to timely file this Status Report will result in this matter being dismissed for failure to prosecute without further notice.
3. If Moran intends to proceed with new counsel, he is directed to obtain new counsel and have new counsel file a Notice of Appearance within ninety (90) days of this Order. Failure to timely file this Notice of Appearance will result in this matter being dismissed for failure to prosecute.
4. Counsel for Moran shall, consistent with the applicable California Rules of Professional Conduct, direct Moran to appropriate resources and guidance for obtaining new counsel.
5. Counsel for Moran shall, consistent with the applicable California Rules of Professional Conduct, turn over case documents in its possession to Moran.
6. Moran is ordered to provide his mailing address, email address, and phone number to the CM/ECF system for service purposes within thirty (30) days of this Order. Failure to provide this

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-07907-MEMF-SK | | Date | June 26, 2026 |
|---|---|---|---|---|
| Title | *Adan Moran v. Costco Wholesale Corporation et al* | | | |

information may result in, without further warning, a dismissal of the action for failure to comply with a court order.

7. Counsel for Moran shall to provide Moran mailed and emailed notice of this Order, and must file a proof of service within seven days of this Order.

/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-07907-MEMF-SK | Date | June 26, 2026 |
|---|---|---|---|
| Title | *Adan Moran v. Costco Wholesale Corporation et al* | | |

## RESOURCES FOR PRO SE LITIGANTS

Plaintiff is advised that if he chooses to proceed without an attorney, the Court will hold him to the same standards of conduct to which it holds attorneys, and does not exempt him from compliance with the Federal Rules of Civil Procedure or the Local Rules. *See* Local Rules 1-3 and 83-2.2.3. Appreciating the challenges which may come with self-representation, however, the Court directs Plaintiff to the following resources for guidance if he chooses to proceed without an attorney:

- General information on how parties may represent themselves in civil cases in the Central District of California can be found at https://prose.cacd.uscourts.gov/.
- Local Civil Rules for the Central District of California can be found at http://www.cacd.uscourts.gov/court-procedures/local-rules.
- Federal Rules of Civil Procedure can be found at https://www.law.cornell.edu/rules/frcp.
- Public Counsel runs a free Federal *Pro Se* Clinic where *pro se* litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). *Pro se* litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.
- Public Counsel also has extensive resources for *pro se* litigants at its website located at https://publiccounsel.org/services/federal-court/.
- The Court is also informed that the LA Law Library, located across the street from the First Street Courthouse at 301 W. First Street, Los Angeles, CA 90012, also has extensive resources for *pro se* litigants. The LA Law Library can be reached via email at reference@lalawlibrary.org, or via telephone at (213) 785-2513.

**IT IS SO ORDERED.**

_____ : _____
Initials of Deputy Clerk                          DBE